UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Elizabeth A. O'Handley,
         Debtor

Chapter: 13
Case No: 20−10052
Judge Melvin S. Hoffman

## ORDER OF DISMISSAL

    Due to the failure of the Debtor to comply with the Court's Order of **JANUARY 9, 2020**, and the Debtor having failed to file timely the **Atty Disclosure Statement, Chapter 13 Plan, Schedules A/B−J, Statement of Financial Affairs, Summary of Assets and Liabilities, 13 Agreement, Chapter 13 Statement of Your Current Monthly Income and Insurance**, it is hereby ordered that the above−entitled case be and hereby is **DISMISSED**.

Dated: February 7, 2020

By the Court,

_____
U.S. Bankruptcy Judge